1  LATHAM & WATKINS LLP
      Darius Ogloza (Bar No. 176983)
2     Amy Baghdadi (Bar No. 190051)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095

5  Attorneys for Defendants
   Fidelity National Title Company and
6  Fremont Investment & Loan

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DIVINA DUEY, RENATO DUEY AND     | CASE NO. C 05 4040 VRW
   | ALVIN CAPARAZ,                   |
12 |                                  | **STIPULATION AND [PROPOSED] ORDER
   |            Plaintiffs,           | GRANTING PLAINTIFFS LEAVE TO FILE
13 |                                  | SECOND AMENDED COMPLAINT**
   |      v.                          |
14 |                                  |
   | AMBER BARBOSA, PATRIC CUSPARD,   |
15 | FREMONT INVESTMENT AND LOAN,     |
   | NEW CENTURY FINANCIAL            |
16 | CORPORATION, PROMINENT FUNDING,  |
   | FIDELITY NATIONAL TITLE COMPANY, |
17 | FASA UWHUBA, NORO OKUNDAY AND    |
   | DOES 1-50,                       |
18 |                                  |
   |            Defendants.           |
19

20

21         Plaintiffs Divina Duey, Renato Duey and Alvin Caparaz ("Plaintiffs") and

22 defendants Fidelity National Title Company, Fremont Investment & Loan, New Century

23 Financial Corporation, Fasa Uwhuba and Noro Okunday ("Defendants"), by and through the

24 undersigned counsel, hereby stipulate pursuant to Civil Local Rule 6-2, as follows:

25

26         WHEREAS, Plaintiffs and Defendants have met and conferred regarding the

27 allegations of the first amended complaint as alleged against each of them;

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\535194.1

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO AMEND COMPLAINT
CASE NO.C 05 4040 VRW

1  WHEREAS, Defendants intend to file motions pursuant to Rule 12 of the Federal
2  Rules of Civil Procedure with respect to the causes of action asserted against them if Plaintiffs do
3  not file an amended complaint;

4  WHEREAS, Plaintiffs have agreed voluntarily to amend their complaint as a
5  result of the meet and confer process;

6  WHEREAS, the parties to this stipulation believe that judicial economy will be
7  served by allowing Plaintiffs voluntarily to amend their complaint with respect to the causes of
8  action asserted against Defendants rather to have each Defendant file a Rule 12 motion at this
9  time;

10  NOW THEREFORE, the parties hereby stipulate that Plaintiffs may have twenty
11  (20) days from the date that this Stipulation and [Proposed] Order is entered by the Court to file a
12  second amended complaint, and the Defendants shall have thirty (30) days thereafter to respond.

14  IT IS SO STIPULATED.

16  Dated: October 26, 2005

ROBERT KANE

By: _____
Robert Kane
Attorneys for Plaintiffs
Divina Duey, Renato Duey and Alvin
Caparaz

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SF\5:5194.1

2

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO AMEND COMPLAINT
CASE NO. C 05 4040 VRW

Oct-26-05   05:19pm   From-Buchalter Nemer SF                                  T-261   P.004/004   F-397

1  Dated: October 22, 2005                LATHAM & WATKINS LLP
2                                          Darius Ogloza
                                           Amy Baghdadi
3
4                                          By: /s/ Amy Baghdadi
5                                          Amy Baghdadi
                                           Attorneys for Defendants
6                                          Fidelity National Title Company and
                                           Fremont Investment & Loan
7
8  Dated: October 26, 2005                 BUCHALTER NEMER
9
10                                         By: /s/ Kim Y. Amone
                                           Kim Y. Amone
11                                         Attorneys for Defendant
                                           New Century Financial Corporation
12
13 Dated: October ___, 2005                GOFORTH & LUCAS
14
15                                         By: /s/ Christopher R. Lucas
                                           Christopher R. Lucas
16                                         Attorneys for Defendants
                                           Fasa Uwhuba and Noro Ukunday
17
18
19
20
21 PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23
24 Dated: November 10, 2005
                                           /s/ Vaughn R. Walker
25                                         Judge Vaughn R Walker
                                           United States District Court Judge
26
27
28

3